**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**RICHARD A. WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. WILLIAMS,** | Case No. CIV-S-03-0721 DFL JFM P |
| Petitiner, | **ORDER** |
| v. | |
| **C. K. PLILER**, Warden, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's third application for an enlargement of time until March 14, 2007 is granted. On or before March 14, 2007, petitioner shall file his objections to the findings and recommendations herein.

DATED: February 27, 2007.

UNITED STATES MAGISTRATE JUDGE

/will0721.eot3