**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**RICHARD A. WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. WILLIAMS,** | Case No. CIV-S-03-0721 DFL JFM P |
| Petitiner, | **ORDER** |
| v. | |
| **C. K. PLILER**, Warden, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's fourth application for an enlargement of time until April 9, 2007 is granted. On or before April 9, 2007, petitioner shall file his objections to the findings and recommendations herein. No further extensions of time will be granted.

DATED: March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

will0721.eot4