**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**RICHARD A. WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. WILLIAMS**, | Case No. CIV-S-03-0721 DFL JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **C. K. PLILER**, Warden, et al., | |
| Defendants. | |

On March 13, 2007, petitioner was granted a fourth extension of time in which to file objections to the findings and recommendations filed December 20, 2006. Petitioner was cautioned that no further extensions of time would be granted. However, on April 9, 2007, petitioner filed a fifth request for extension of time. Petitioner states that the "brief is almost complete, but needs to be edited and revised." (Id. at 1.) Petitioner states he needs a brief extension of time, requesting the deadline be extended from April 9, 2007 to April 30, 2007.

Accordingly, IT IS HEREBY ORDERED that petitioner's application for an enlargement of time until April 30, 2007 is granted.

DATED: April 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/will0721.eot5