1   **VICTOR S. HALTOM**
    Attorney at Law
2   State Bar No. 155157
    428 J Street, Suite 350
3   Sacramento, CA 95814
    Telephone: (916) 444-8663
4   Facsimile: (916) 444-1546
    *e-mail: vshjah@aol.com*
5
    Attorney for Petitioner
6   **RICHARD A. WILLIAMS**

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  **RICHARD A. WILLIAMS**,           )      Case No. CIV-S-03-0721 DFL JFM P
                                         )
11              Petitioner,              )      **ORDER**
                                         )
12  v.                                   )
                                         )
13  **C. K. PLILER**, Warden, et al.,    )
                                         )
14              Respondents. )
    _____ )
15

16          On April 30, 2007, petitioner filed his sixth request for extension of time in which to file

17  objections to the court's December 20, 2006 findings and recommendations.  Petitioner states he

18  has been unable to complete the memorandum of objections and needs a brief extension of time.

19  By order filed April 12, 2007, petitioner was granted until April 30, 2007 in which to file said

20  objections.  GOOD CAUSE APPEARING,

21          IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

22  time until May 8, 2007 is granted.  On or before May 8, 2007, petitioner shall file his

23  objections to the findings and recommendations herein.

24  DATED:  May 2, 2007.

25

26                              _____

27                              UNITED STATES MAGISTRATE JUDGE

28
    /will0721.eot6