**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**RICHARD A. WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. WILLIAMS**, | Case No. CIV-S-03-0721 DFL JFM P |
| Petitiner, | **ORDER** |
| v. | |
| **C. K. PLILER**, Warden, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's seventh application for an enlargement of time until May 29, 2007 is granted. On or before May 29, 2007, petitioner shall file his objections to the December 20, 2006 findings and recommendations herein. No further extensions of time will be granted.

DATED: May 22, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/will0721.eot7