IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALEX WILLIAMS,

    Petitioner,                      No. CIV S-03-0721 JAM JFM P

    vs.

C.K. PLILER, Warden, et al.,

    Respondents.                  <u>ORDER</u>

        /

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's March 17, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1   For the reasons set forth in the magistrate judge's December 20, 2006 findings
2   and recommendations, petitioner has not made a substantial showing of the denial of a
3   constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5   DATED: August 7, 2008

7                                                                  /s/ John A. Mendez
                                                                   UNITED STATES DISTRICT JUDGE
8   /will0721.830