IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALEX WILLIAMS,

        Petitioner,                        No. 2:03-cv-0721-JAM JFM (HC)

    vs.

CHERYL PLILER,

        Respondent.                   ORDER

_____/

        Upon review of plaintiff's motion for appointment of counsel and the documents on file and good cause appearing therefor, the court finds as follows:

        Efforts to obtain legal representation without order of this court would be futile;

        1. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and is otherwise without resources to obtain counsel;

        2. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

        3. This case is not a fee generating case within the meaning of California Business and Professions Code § 8030.4(g); and

/////

1

1       4. This case has sufficient merit to warrant appointment pursuant to General Order No. 230.

       Therefore, this court orders as follows:

       1. Victor Haltom is appointed as attorney for plaintiff pursuant to General Order No. 230;

       2. Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file;

       3. Counsel shall submit all deposition transcript costs for payment pursuant to § 8030.6 of the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order No. 230;

       4. Plaintiff's motion for status conference is granted; and

       5. This case is set for status conference on July 21, 2011 at 11:00 a.m. in Courtroom 26.

DATED: May 26, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;will0721.31b

2