IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALEX WILLIAMS,

    Petitioner,               No. 2:03-cv-0721-JAM JFM (HC)

  vs.

CHERYL PLILER,

    Respondent.           <u>ORDER</u>

/

        On July 28, 2011, the court held a status conference in this matter.  Victor Haltom appeared for petitioner.  Carlos A. Martinez appeared for respondent.  Upon discussion of counsel and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. Petitioner is directed to file an amended petition within 29 days of the date of this order addressing his claim brought pursuant to <u>Batson v. Kentucky</u>, 476 U.S. 79 (1986);

        2.  Respondent shall file an answer 29 days thereafter; and

        3.  Petitioner's traverse, if any, shall be filed within ten days after receipt of the answer.

DATED: August 1, 2011.

                              UNITED STATES MAGISTRATE JUDGE

/014;will0721.so

1