IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALEX WILLIAMS,

    Petitioner,        No. 2:03-cv-0721-JAM JFM (HC)

  vs.

CHERYL PLILER,

    Respondent.      ORDER

                                    /

        On August 10, 2011, petitioner filed a motion for appointment of counsel seeking appointment of Victor Haltom as counsel of record. On May 27, 2011, however, Victor Haltom was appointed as petitioner's counsel in this matter. The court finds that petitioner's Ajugust 10 motion is moot. Accordingly, IT IS HEREBY ORDERED that petitioner's August 10, 2011 motion is denied.

DATED: August 24, 2011.

UNITED STATES MAGISTRATE JUDGE

1