IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALEX WILLIAMS,

     Plaintiff,          No. Civ. S-03-721 JAM JFM HC

    v.           RECUSAL ORDER

CHERYL PLILER
      Defendant.
_____/

   Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

   Good cause appearing therefor,

   IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

   IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

DATED: August 23, 2012

/s/ John A. Mendez
HON.  JOHN A. MENDEZ
United States District Court Judge

1