IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ALEX WILLIAMS,** | Case No. 2:03-CV-00721 LKK JFM (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| **C.K. PLILER, Warden, et al.,** | |
| Respondent. | |

    Petitioner is a state prisoner represented by counsel. Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Respondent has filed a request to seal confidential documents.

    Local Rule 141 allows the Court to seal documents only upon written order of the Court and upon the showing required by applicable law. *See also* Fed. R. Civ. P. 5.2, 26(c). Upon reviewing the request, the Court will file in the publicly available case file an order granting or denying the request. However, the order shall identity the documents for which sealing has been granted or denied without revealing its contents. Local Rule 141(d).

    Generally, the contents of sealed documents are of a nature that require the Court to maintain the confidentiality of the document. Here, the state superior court has redacted the

names from the juror questionnaires in order to keep the identity of prospective jurors, seated jurors and alternate jurors confidential.  This Court shall respect their privacy interest.

Based on the showing of good cause, Respondent's Request to File and Seal Documents is GRANTED.

**Date:  9/11/2012**

_____
UNITED STATES MAGISTRATE JUDGE

14;will0721.seal