IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ALEX WILLIAMS, | | |
| Petitioner, | No. 2: 03-cv-0721 LKK JFM (HC) | |
| vs. | | |
| CHERYL PLILER, Warden | | |
| Respondent. | <u>ORDER</u> | |
| _____/ | | |

       Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2012, the undersigned issued findings and recommendations which recommended granting the application for writ of habeas corpus on petitioner's claim raised pursuant to <u>Batson v. Kentucky</u>, 476 U.S. 79 (1986). (<u>See</u> Dkt. No. 73.) Respondent subsequently filed objections to the findings and recommendations (<u>see</u> Dkt. No. 77.) and a motion for an evidentiary hearing. (<u>See</u> Dkt. No. 78.)

       On November 14, 2012, the district judge referred the motion for an evidentiary hearing to the undersigned. (<u>See</u> Dkt. No. 88.) On November 15, 2012, the undersigned granted the motion for an evidentiary hearing and set the matter for December 20, 2012 at 1:30 p.m. (<u>See</u> Dkt. No. 89.)

       Petitioner filed objections to the order granting the motion for an evidentiary

1

hearing. (See Dkt. No. 90.) In light of petitioner's objections, the set time for the evidentiary hearing will be vacated to allow review by the district judge of the order granting the evidentiary hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. The evidentiary hearing time and date set for December 20, 2012 at 1:30 p.m. is VACATED.

2. The evidentiary hearing will be rescheduled as appropriate after the district judge issues his ruling on the order granting an evidentiary hearing.

DATED: December 13, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

will0721.vacevhg

2