UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD ALEX WILLIAMS,

        Petitioner,

   v.

CHERYL PLILER,

        Respondent.

No.  CIV. S-03-721 LKK/AC (HC)

**ORDER**

    On July 21, 2014, respondent filed a motion for stay pending appeal or, in the alternative, for a temporary stay, of this court's June 27, 2014 order granting petitioner's application for writ of habeas corpus.  The parties have agreed to submit the motion on the papers.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.  On or before August 25, 2014, petitioner shall file and serve a response to respondent's motion; and

    2.  Respondent's reply, if any, is due on or before September 2, 2014.

    DATED:  August 11, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1